UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JORGE ECHAVARRIA-TORO,          :
                                :
        Petitioner               :
                                :
    v.                          :   CIVIL NO. 1-CV-00-1292
                                :
JANET RENO, ET. AL.,            :   (Judge Kane)
                                :
        Respondents             :

### ORDER

NOW, THIS 1st DAY OF AUGUST, 2000, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

FILED
HARRISBURG, PA
AUG 2 2000
Y E. D'ANDREA, CLERK
Deputy Clerk

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge

YK:mcs