**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

Article Number: 7000 0600 0027 5713 4604

S Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 04 2000

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:CV-00-1292 2 of 3
Show Cause Order
8/2/00

Kane, J.
M.S.

FILED
HARRISBURG
AUG 7 20[00]
MARY E. D'ANDREA
Per _____

3:CV-00-[1292]
Show C[ause]
Or[der]
8/[2/00]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frances Holmes, Director
U.S. Immigration & Naturalization
1660 Callowhill St.
Philadelphia, Pa. 19130

Article Number (Copy from service label)
7000 0600 0027 5713 4611

Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 4 2000

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:CV-00-1292 1 of 3
Show Cause Order of 8/2/00