ORIGINAL

④
8-14-00
$c$

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (*Please Print Clearly*)   B. Date of Delivery

**DEPARTMENT OF JUSTICE**

AUG 7 2000

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*Ernest L. Parker*

1. Article Addressed to:

U. S. Attorney General, Janet Reno
Room #511, Main Justice Building
10th & Constitution Avenue
Washington D.C. 20530

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (*Copy from service label*)
7099 3400 0001 4826 6016.

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

3: CV-00-1292   3/3
Show Cause order 8/2/00

#: CV-00-1292
Show Cause Order
(8-2-00)

FILED
HARRISBURG, PA

AUG 11 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

J. Kane
PRSLC Schinelfe