UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JORGE ECHAVARRIA-TORO,
    Petitioner

vs.

JANET RENO, et al.,
    Respondents

No. 1:CV-00-1292

(Judge Kane)

FILED
HARRISBURG, PA

JUN 0 8 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

O R D E R

NOW, THIS 8th DAY OF JUNE, 2001, upon consideration of the facts that: (1) the above captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was filed by Jorge Echavarria-Toro, while a detainee of the Immigration and Naturalization Service ("INS") being held at the York County Prison, York, Pennsylvania; (2) in his petition Toro seeks to be released pending deportation; (3) this Court sua sponte contacted the prison and was informed that on March 5, 2001, after posting bond, the District Director released Singh from custody to the State of Delaware, the relief he sought from this Court, IT IS HEREBY ORDERED THAT:

1. The petition for writ of habeas corpus is dismissed as moot.

2. The Clerk of Court is directed to close this case.

YVETTE KANE
United States District Judge

Certified from the record
Date 8-6-01
Mary E. D'Andrea, Clerk
Per _George T Bardner_
Deputy Clerk

```
               UNITED STATES DISTRICT COURT
                        FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

               * * MAILING CERTIFICATE OF CLERK * *

                        June 8, 2001


Re:  1:00-cv-01292    Echavarria-Toro v. Reno


True and correct copies of the attached were mailed by the clerk
to the following:

     Joseph J. Terz, Esq.
     U.S. Attorney's Office
     Room 217, Federal Building
     228 Walnut St.
     Harrisburg, PA  17108

     Jorge Echavarria-Toro
     24 Bedford Drive
     Wilmington, DE  19809
```

```
cc:
Judge                          (/)             ( ) Pro Se Law Clerk
Magistrate Judge               ( )             ( ) INS
U.S. Marshal                   ( )             ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (/)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )  PA Atty Gen  ( )
                                       DA of County  ( )  Respondents  ( )
Bankruptcy Court               ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk

DATE: ____6-8-01____            BY: _____OV_____
```